PROB 12C
(6/16)

Report Date: August 23, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Benjamin Solis | Case Number: 0980 2:15CR00060-TOR-1 |
| Address of Offender: LKA: ▉▉▉▉▉▉▉▉ Freeport, TX 77541 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 11, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: August 30, 2019 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: August 29, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/15/2022.

On August 30, 2019, supervision commenced in the Southern District of Texas. That same day a supervision intake was completed by a U.S. probation officer in the Southern District of Texas. Mr. Solis signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: It is alleged that Benjamin Solis violated the terms of his supervised release by leaving the District of Southern Texas, without prior approval, on or about May 11, 2022.<br><br>Mr. Solis had been residing in the Southern District of Texas since the commencement of supervision. The Southern District of Texas received notification that Mr. Solis had law enforcement contact in Bastrop, Texas, on May 11, 2022, which is located in the Western District of Texas. Mr. Solis did not have permission to be out of the Southern District of Texas. |

Prob12C
Re: Solis, Benjamin
August 23, 2022
Page 2

3   **Standard Condition # 12**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

   **Supporting Evidence**: It is alleged that Benjamin Solis violated the terms of his supervised release by failing to report law enforcement contact on or about May 11, 2022.

   Mr. Solis had been residing in the Southern District of Texas since the commencement of supervision. The Southern District of Texas received notification that Mr. Solis had law enforcement contact in Bastrop, Texas, on May 11, 2022, which is located in the Western District of Texas. At the time Mr. Solis received citations related to what appears to be not having a valid driver's license and failure to have insurance. Mr. Solis did not report this law enforcement contact to the probation office.

4   **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

   **Supporting Evidence**: It is alleged that Benjamin Solis violated the terms of his supervised release by leaving the District of Southern Texas, without prior approval, on or about August 14, 2022.

   On June 16, 2022, a warrant was issued for Mr. Solis's arrest due to his continued failures to report.

   On August 14, 2022, he was arrested in Bastrop, Texas, during a traffic stop, which is in the Western District of Texas. Mr. Solis did not have permission to travel outside the Southern District of Texas.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/23/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Solis, Benjamin**
**August 23, 2022**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_August 23, 2022_____
Date