PROB 12C
(6/16)

Report Date: June 15, 2022

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Solis       Case Number: 0980 2:15CR00060-TOR-1

Address of Offender: ███████████ Freeport, TX 77541

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 11, 2016

Original Offense:       Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:      Prison - 70 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    U.S. Attorney's Office      Date Supervision Commenced: August 30, 2019

Defense Attorney:       Federal Defender's Office   Date Supervision Expires: August 29, 2022

## PETITIONING THE COURT

To issue a **warrant**.

On August 30, 2019, supervision commenced in the Southern District of Texas. That same day a supervision intake was completed by a U.S. probation officer in the Southern District of Texas. Mr. Solis signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

   1            **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

                **Supporting Evidence**: Benjamin Solis allegedly violated the terms of his supervised release by failing to report as directed in March 2022, or since.

                Mr. Solis' reporting instructions with the Southern District of Texas require him to submit a monthly report from each month noting whether or not there were any changes to his circumstances. Mr. Solis failed to submit these required documents in March, April and May 2022.

                On May 27, 2022, the U.S. Probation Office for the Southern District of Texas sent a letter addressed to Mr. Solis at his last reported residence directing him to report to the probation office on June 7, 2022. Mr. Solis failed to report on June 7, 2022.

Prob12C
Re: Solis, Benjamin
June 15, 2022
Page 2

On June 9, 2022, an officer with the U.S. Probation Office in the Southern District of Texas attempted to make contact with Mr. Solis at his last reported residence. There was no contact made and, therefore, a monthly report form was left with instructions for Mr. Solis to make contact with the probation officer by June 13, 2022.

Mr. Solis has failed to make any contact. Mr. Solis last reported to the U.S. Probation Office on February 3, 2022.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/15/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

June 16, 2022
Date